UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - CLEVELAND

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>LDV, INC., *et al.*,<br><br>　　　Defendants. | CASE NO. 1:14-CV-00187<br><br>JUDGE:  JAMES S. GWIN |

### Defendant Kirila Contractors, Inc.'s Motion to Continue CMC

　　Defendant Kirila Contractors, Inc. (hereinafter "Kirila") hereby moves the Court to continue the initial Case Management Conference in this matter.  Kirila cannot attend the conference as a result of a previously scheduled conflict, and it is Kirila's understanding that one of the other counsel has a conflict as well.

　　Since learning of the conflict, Kirila's counsel has attempted to identify mutually agreeable dates for the Court to reschedule.  Unfortunately, the only date so far identified is May 16.  One of the parties has not yet confirmed its availability for that date.

　　Based upon the foregoing, Kirila respectfully requests that the Court reschedule the CMC for May 16, or another day in May besides May 1, May 6, May 19, May 20 or May 22.

1

        HENDERSON, SCHMIDLIN & McGARRY CO., L.P.A.

        *s/Timothy L. McGarry*
        TIMOTHY L. McGARRY (0055604)
        tmcgarry@hendersonschmidlin.com
        Brendan W. Mewhinney (0089176)
        bmewhinney@hendersonschmidlin.com
        840 Brainard Road
        Highland Heights, Ohio 44143
        Tel:  (440) 720-0379
        Fax:  (440) 720-0385

        *Attorneys for Defendant Kirila Contractors, Inc.*

## **CERTIFICATE OF SERVICE**

    A copy of the foregoing was filed electronically on April 24, 2014.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

        *s/Timothy L. McGarry*
        TIMOTHY L. McGARRY (0055604)